IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AYESHIA MCDONALD,

Defendant.

**8:13CR219**

**REASSIGNMENT ORDER**

Pursuant to Nebraska General Rule 1.4(a)(3)(B), I find good cause exists to transfer the reference in this case from U.S. Magistrate Judge Cheryl Zwart to U.S. Magistrate Judge F.A. Gossett, III. All further pretrial management of this case will be handled by Magistrate Judge Gossett in Omaha.

IT IS SO ORDERED this 29th day of May, 2013.

BY THE COURT:

s/ John M. Gerrard
United States District Judge