## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:13CR219** |
| vs. | ) | |
| | ) | **ORDER** |
| AYESHIA MCDONALD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [24].   The record shows that this deadline has expired on June 20, 2013.  The court finds that the defendant has not shown good cause for extending the deadline.

**IT IS ORDERED:**

Defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [24] is denied.

Pursuant to NECrimR 57.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on Monday, August 12, 2013.

**DATED this 1st day of August, 2013.**

**BY THE COURT:**


**s/ F.A. Gossett**
**United States Magistrate Judge**